IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VIRENTEM VENTURES, LLC d/b/a ENOUNCE, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 18-917-MN |
| v. | ) ) | |
| YOUTUBE, LLC and GOOGLE LLC, | ) ) | |
| Defendants. | ) | |

**STIPULATED ORDER**

WHEREAS, the parties previously stipulated to extend Plaintiff's deadline to respond to Defendants' Motion to Dismiss up to and including November 20, 2018 (D.I. 10, 13);

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that Plaintiff's answering brief in response to Defendants' Motion to Transfer (D.I. 17) shall be extended through and including November 20, 2018;

IT IS FURTHER STIPULATED AND AGREED, subject to the approval of the Court, that Defendants' reply briefs in support of their Motion to Dismiss and Motion to Transfer shall be extended through and including December 7, 2018.

{01377476;v1 }   **Error! Unknown document property name.**

| | |
|---|---|
| ASHBY & GEDDES | RICHARDS, LAYTON & FINGER, P.A. |
| */s/ Andrew C. Mayo* | */s/ Kelly E. Farnan* |
| John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>(302) 654-1888<br>jday@ashbygeddes.com<br>amayo@ashbygeddes.com | Frederick L. Cottrell, III (#2555)<br>Kelly E. Farnan (# 4395)<br>Sara M. Metzler (#6509)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>farnan@rlf.com<br>metzler@rlf.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants YouTube, LLC and Google LLC* |

Dated:  October 24, 2018

SO ORDERED this _____ day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE