IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIRENTEM VENTURES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-917 (MN) |
| | ) |
| YOUTUBE, LLC and GOOGLE LLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington, this 16th day of May 2019:

For the reasons set forth in the Memorandum Opinion issued this date IT IS HEREBY ORDERED that Defendants' Motion to Transfer Venue (D.I. 39) is DENIED.

_____
The Honorable Maryellen Noreika
United States District Judge