## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIRENTEM VENTURES, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No.: 18-917-MN |
| YOUTUBE, LLC; GOOGLE LLC, | ) ) **JURY TRIAL DEMANDED** |
| Defendants. | ) ) ) |

**DEFENDANTS' NOTICE OF *INTER PARTES* REVIEW INSTITUTION DECISIONS**

Defendants YouTube, LLC, and Google LLC filed a Motion to Stay Pending *Inter Partes* Review ("IPR") and accompanying brief in support on February 18, 2020.  (D.I. 196, 197).  At the time of filing, seven out of ten of Defendants' IPR petitions relating to the remaining Asserted Patents in this case had received an Institution Decision from the Patent Trial and Appeal Board ("PTAB"), while the remaining three petitions were still awaiting Institution Decisions.

Defendants respectfully notify the Court that the PTAB, on February 21, 2020 granted institution for a petition challenging the validity of U.S. Patent No. 7,683,903 ("the '903 patent). The institution encompasses all claims of the '903 patent that are asserted in this case—claims 1-4, 7, 12-14, 17, and 22 (*see* D.I. 197 at 2, 4).  The Institution Decision for that proceeding, IPR2019-01241, is attached as Exhibit 1.  Defendants also filed a second petition, IPR2019-01240, challenging the '903 patent based on different prior art.  The PTAB denied institution with respect to this second petition, with the decision attached as Exhibit 2.  Ninety-percent of the asserted claims are now under review in instituted IPR proceedings.

One remaining IPR petition challenging one asserted claim is still awaiting an Institution Decision (IPR2019-01247 challenging claim 1 of U.S. Patent No. 7,043,433).  If this proceeding

is instituted, the proportion of asserted claims subject to IPR will increase to 92%. The status of all instituted IPR proceedings and outstanding petitions is summarized in the table below:

| Patent No. | IPR No. | Institution Decision Date | Institution Status | Asserted Claims Covered | Percentage of Asserted Claims |
|---|---|---|---|---|---|
| 6,598,228 | 2019-01244 | 1/28/2020 | Granted | 4, 5, 6, 7, 9, 13, 14, 31, 33, 34 | 26% |
| 7,683,903 | 2019-01241 | 2/21/2020 | Granted | 1, 2, 3, 4, 7, 12, 13, 14, 17, 22 | 26% |
| 8,068,108 | 2019-01239 | 1/15/2020 | Granted | 1, 7 | 5% |
| 8,345,050 | 2019-01237 | 2/5/2020 | Granted | 1, 2, 3, 4, 20, 25, 34, 36, 40, 41, 45 | 28% |
| 9,785,400 | 2019-01243 | 1/15/2020 | Granted | 1, 2 | 5% |
| 7,043,433 | 2019-01247 | N/A | Pending | 1 | 3% |
| 6,801,888 | No IPR Filed | N/A | N/A | 17 | 3% |
| 7,299,184 | No IPR Filed | N/A | N/A | 5, 22 | 5% |

Defendants will apprise the Court of any Institution Decision issued with regard to the pending IPR2019-01247 petition and any other relevant developments in the ongoing IPR proceedings.

OF COUNSEL:

Charles K. Verhoeven
David A. Perlson
Jordan R. Jaffe
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA 94111

Dated: March 2nd, 2020

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Kelly E. Farnan (# 4395)
Sara M. Metzler (#6509)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
metzler@rlf.com

*Attorneys for Defendants*