IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIRENTEM VENTURES, LLC d/b/a ENOUNCE, <br><br>Plaintiff, <br><br>v. <br><br>YOUTUBE, LLC and GOOGLE LLC <br><br>Defendants. | C.A. No. 18-917-MN |

## JOINT STATUS REPORT

Pursuant to the Court's Order Granting Defendants' Motion to Stay Pending *Inter Partes* Review (D.I. 218), the parties submit this Joint Status Report to advise the Court with respect to the status of the *Inter Partes* Review proceedings.

Below is a chart indicating the status of each IPR filed by the Defendants for the patents-in-suit:

| U.S. Patent No. | PTAB Docket No. | Challenged Claims | Date of Final Decision |
|---|---|---|---|
| 7,683,903 | IPR2019-01241 | 1-4, 7, 12-14, and 22 | 01/27/2021 |
| 8,068,108 | IPR2019-01239 | 1, 3, 5 and 7 | 01/13/2021 |
| 8,345,050 | IPR2019-01237 | 1-4, 8, 20, 25, 31, 32, 34, 36, 40-43 and 45 | 02/02/2021 |
| 9,785,400 | IPR2019-01243 | 1-4, 7, 12-15 and 18 | 01/12/2021 |
| 7,043,433 | IPR2019-01247 | 1-4 and 7-9 | 03/05/2021 |
| 9,185,380 | IPR2019-01248 | 1 and 2 | 07/06/2020 |
| 6,598,228 | IPR2019-01244 | 3-7, 12-14, 16, 17, 31, 33 and 34 | 01/25/2021 |
| 7,100,188 | IPR2019-01245 | 1, 2, 4 and 7 | 01/26/2021 |
| 8,566,885 | IPR2019-01246 | 1, 11 and 13 | 07/20/2020 |

The PTAB issued final decisions (either by termination or final written decision) in each of the foregoing *Inter Partes* Review proceedings on the dates indicated above. The parties are

-1-

-2-

prepared to submit copies of each of these decisions upon request by the Court. These decisions invalidated all challenged claims, which are a superset of the asserted claims for each challenged patent. Plaintiff intends to appeal the PTAB's Final Written Decisions.

Defendants did not file IPR petitions regarding two asserted patents, U.S. Patent Nos. 6,801,888 or 7,299,184, which remain pending in this action.

At this time, the parties jointly request that the Court extend the stay of this pending action through Plaintiff's appeal of the PTAB's Final Written Decisions.

| | |
|---|---|
| ASHBY & GEDDES | RICHARDS, LAYTON & FINGER, P.A. |
| */s/ Andrew C. Mayo* | */s/ Kelly E. Farnan* |
| John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654 1888<br>jday@ashbygeddes.com<br>amayo@ashbygeddes.com | Frederick L. Cottrell, III (#2555)<br>Kelly E. Farnan (# 4395)<br>Renée Mosley Delcollo (#6442)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>farnan@rlf.com<br>delcollo@rlf.com |
| *Attorneys for Plaintiff Virentem Ventures, LLC* | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| *Of Counsel*: | *Of Counsel*: |
| Denise M. De Mory<br>BUNSOW DE MORY LLP<br>701 El Camino Real<br>Redwood City, CA 94063<br>(650) 351-7248 | Charles K. Verhoeven<br>David A. Perlson<br>Jordan R. Jaffe<br>John W. McCauley<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(415) 875-6600 |

Dated: March 12, 2021